UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PERLA ISABEL GONZALEZ, | ) ED CV 12-1535-SJO (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| D.K. JOHNSON, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: January 23, 2013

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1